■ KATHLEEN M. HOLDING et al., Respondents, v MATTHEW G. BROOKS et al., Defendants, and MGB BUILDING, INC., Appellant. [53 NYS3d 869]—Appeal from an order and judgment (one paper) of the Supreme Court, Monroe County (J. Scott Odorisi, J.), entered January 22, 2016. The order and judgment, insofar as appealed from, granted the motion of plaintiffs for partial summary judgment on liability against defendant MGB Building, Inc., granted the motion of plaintiffs to dismiss the first, fifth, sixth and eighth affirmative defenses of defendant MGB Building, Inc., and denied the cross motion of defendant MGB Building, Inc., for summary judgment.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on May 22, 24 and 27, 2017,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Whalen, P.J., Smith, Carni, DeJoseph and Curran, JJ.

■ In the Matter of ROGER W. WILCOX, JR., an Attorney, Respondent. [53 NYS3d 874]—Order of suspension entered pursuant to 22 NYCRR 1240.14 (b). Present—Smith, J.P., Carni, DeJoseph, NeMoyer and Troutman, JJ. (Filed May 23, 2017.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY KEVIN RENDELL, Appellant. [53 NYS3d 578]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Centra, Carni, Lindley and DeJoseph, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NEWNON A. FLAX, Appellant. [53 NYS3d 579]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Centra, Carni, Lindley and Scudder, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TOMAS LEWIS, Appellant. [53 NYS3d 579]—Motion for writ of error coram nobis denied. Present—Whalen, P.J., Smith, Curran, Troutman and Scudder, JJ.